438 A.2d 654

Crossley, Appellant v. Crossley.

Argued June 9, 1980. C. Cleveland Hummel, for appellant; Robert W. Buehner, Jr., for appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order of the lower court is affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

438 A.2d 654

Cunningham v. Holbert's, etc., et al.

Appeal of Erie Insurance Exchange.

Petition for Allowance of Appeal Denied Feb. 25, 1982.

Argued June 9, 1980. Michael P. Shay, for appellant; Richard Hale Pratt, for Cunningham, appellee; Victor S. Jaczun, for Holbert's, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order of the lower court is affirmed.

PRICE, J., did not participate in the consideration or decision of this case.